1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12 KE SHEN,                       )
                                             ) No. C 07-1481 PVT
13                Plaintiff,         )
                                             )
14         v.                     )
                                             ) **STIPULATION TO EXTEND DATES;**
15 MICHAEL CHERTOFF, as Secretary of the  ) **and [~~PROPOSED~~] ORDER**
   Department of Homeland Security;           )
16 EMILIO T. GONZALEZ, as Director of the   )
   U.S. Citizenship and Immigration Services;  )
17 CHRISTINA POULOS, as Acting Director    )
   of the U.S. Citizenship and Immigration Services,)
18 California Service Center;                     )
   GERARD HEINAUER, as Director of the      )
19 U.S. Citizenship and Immigration Services,   )
   Nebraska Service Center;                      )
20 ROBERT S. MUELLER, III, as Director of the )
   Federal Bureau of Investigations,             )
21                                           )
                  Defendants.       )
22 _____)

23      Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

24 stipulate, subject to the approval of the Court, to the following:

25      1. Plaintiff filed this action on or about March 14, 2007. Defendants' answer is currently due

26 on May 18, 2007.

27      2. Pursuant to this Court's March 14, 2007 Order Setting Initial Case Management

28 Conference, the parties are required to file a joint case management statement on June 12, 2007,

Stipulation to Extend Dates
C07-1481 PVT                                      1

and attend a case management conference on June 19, 2007.

3. The FBI has completed the name check of Plaintiff, and forwarded the results to USCIS for adjudication of Plaintiff's adjustment of status application.

4. In order to allow sufficient time for Defendants to adjudicate the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | June 18, 2007 |
| Last day to file Joint ADR Certification | July 3, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 17, 2007 |
| Case Management Conference: | July 24, 2007 at 2:00 p.m. |

Dated: May 18, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: May 18, 2007

/s/
KE SHEN
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 21, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Extend Dates
C07-1481 PVT                    2