1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 KE SHEN,                              )
                                         ) No. C 07-1481 PVT
13         Plaintiff,                    )
                                         )
14    v.                                 ) **PARTIES' CONSENT TO MAGISTRATE**
                                         ) **JUDGE JURISDICTION; STIPULATION**
15 MICHAEL CHERTOFF, as Secretary of the ) **TO DISMISS; AND [PROPOSED]**
   Department of Homeland Security;      ) **ORDER**
16 EMILIO T. GONZALEZ, as Director of the)
   U.S. Citizenship and Immigration Services; )
17 CHRISTINA POULOS, as Acting Director  )
   of the U.S. Citizenship and Immigration Services,)
18 California Service Center;            )
   GERARD HEINAUER, as Director of the   )
19 U.S. Citizenship and Immigration Services, )
   Nebraska Service Center;              )
20 ROBERT S. MUELLER, III, as Director of the )
   Federal Bureau of Investigations,     )
21                                       )
           Defendants.                   )
22 _____)

23     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

24 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

25 conduct any and all further proceedings in the case, including trial, and order the entry of a final

26 judgment.

27     Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record,

28 hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action

Stipulation to Dismiss
C07-1481 PVT                                    1

without prejudice because the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's adjustment of status application and agrees to adjudicate such application within 30 days of the Department of State making the necessary employment visas available.

Each of the parties shall bear their own costs and fees.

Dated: July 12, 2007                    Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants


Dated: July 16, 2007                    _____/s/_____
                                        KE SHEN
                                        *Pro Se*


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: July 23, 2007                     *Patricia V. Trumbull*
                                        PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

Stipulation to Dismiss
C07-1481 PVT                            2